```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION


Boards of Trustees of Ohio    :
Laborers' Fringe Benefit
Programs,                     :

        Plaintiff,            :

    v.                        :       Case No. 2:14-cv-1705

Waugh Excavating, LLC,        :       JUDGE MICHAEL H. WATSON
                                      Magistrate Judge Kemp
        Defendant.            :
```

<u>ORDER</u>

Plaintiffs have filed a motion to compel seeking the defendant's attendance at deposition and responses to interrogatories and document requests in an effort to enforce the Court's judgment entered against the defendant on October 13, 2015.  The motion sets forth good cause and the motion (Doc. 16) is therefore granted.  Defendant shall appear for deposition as scheduled and shall respond to the written discovery requests within fourteen days of the date of this order.

<u>/s/ Terence P. Kemp</u>
United States Magistrate Judge
